**Benjamin E. ROBBINS, III, Appellant,**

**v.**

**The STATE of Texas, State.**

**No. 2–85–197–CR.**

Court of Appeals of Texas, Fort Worth.

March 12, 1986.

Rehearing Denied April 9, 1986.

Richard S. Podgorski, Denton, for appellant.

Jerry Cobb, Criminal Dist. Atty., and Jim E. Crouch, Asst., Denton, for State.

### OPINION ON MOTION FOR REHEARING

HOPKINS, Justice.

The State, in its Motion for Rehearing of 705 S.W.2d 398, urges us to hold the Speedy Trial Act, TEX.CODE CRIM.PROC. ANN. art. 32A.02 (Vernon Supp.1986), unconstitutional for the reason that the caption of said Act does not comply with the requirements of TEX. CONST. art. III, sec. 35.

This Court addressed this contention in the case of *Wright v. State,* 696 S.W.2d 288 (Tex.App.—Fort Worth 1985, no pet.), and the majority held that the Act was constitutional, therefore, the State's Motion for Rehearing is overruled.

### ON MOTION FOR REHEARING

FENDER, Justice, concurring.

The State seeks rehearing on the ground that this Court has applied an unconstitutional statute—The Speedy Trial Act, referring to our decision in *Wright v. State,* 696 S.W.2d 288 (Tex.App.—Fort Worth 1985, no pet.) and the dissent thereto. While I remain firm in my dissent in that cause, I feel forced to agree that I am currently bound by the decision. I reluctantly concur

in the overruling of the motion for rehearing in this cause.